UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00935-eg |
| | ) | Chapter 11 |
| Partners In Hope, Inc. | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

**APPLICATION TO EMPLOY HILCO REAL ESTATE, LLC**
**AS REAL ESTATE BROKER**

This application comes before the Court upon request of Partners In Hope, Inc. (the "Debtor") to employ Hilco Real Estate, LLC ("Hilco") as real estate broker.

1. On March 13, 2024, Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. Debtor remains in possession.

3. Debtor owns three parcels of real estate, 260 Watson Heritage Rd., Loris, SC, 29569, 1401 Watson Heritage Rd., Loris SC 29569[1] and 12287 Hwy 707, Murrells Inlet, SC 29576 (collectively the "Property"), which it has decided to market for sale. Debtor believes selling the Property through bankruptcy will yield more to the secured creditors than a foreclosure or auction. The more the secured creditors receive the easier it is on the Debtor to pay its unsecured creditors.

4. Debtor respectfully requests to employ Hilco to market and sell the Property. The terms of employment are set forth in the attached Real Estate Consulting and Advisory Services Agreement (the "Agreement").

[1] West Town Bank has obtained stay relief as to the Loris properties. In an effort to mitigate any deficiency, Debtor intends to try to sell the properties while still titled in the name of the Debtor prior to any foreclosure sale.

5. Debtor has selected Hilco because it has considerable real estate experience, including prior bankruptcy experience, and Debtor believes that Hilco is well qualified to market the Property widely and obtain the best price in the shortest time. Hilco is a diversified real estate consulting and advisory firm that evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate both nationally and internationally. Hilco has extensive experience solving complex real estate problems. Hilco has an excellent reputation as a leader in the real estate field and has an experienced team of real estate brokers and analysts. Hilco's disposition and auction team has worked with numerous clients in the accelerated sale of challenging properties nationwide and to monetize hard-to-sell assets.

6. As more fully set forth in the Agreement, Debtor requests authorization to employ Hilco to provide the following real estate services:

a. Meeting with the Debtor to ascertain the Debtor's goals, objectives and financial parameters in selling the Property;

b. Soliciting interested parties for the sale of the Property and marketing the Property for sale through an accelerated sales process; and

c. Negotiating the terms of the sale of the Property, at the Debtor's direction and on the Debtor's behalf.

7. Debtor wishes to pay Hilco a fee for its services pursuant to the terms and conditions set forth in the attached Agreement. Hilco and Debtor have negotiated the following proposed fee structure as set forth in the Agreement:

a. <u>Fee</u>: A commission equal to five (5.00%) of the Gross Sale Proceeds. For purposes hereof, "Gross Sale Proceeds" shall mean the aggregate cash and non-cash consideration received by the Debtor in consideration of the

applicable Property. The value of non-cash consideration paid for a Property shall be determined by mutual agreement between Hilco and the Debtor.

b. Costs: Debtor shall reimburse Hilco for all reasonable and customary Expenses incurred in connection with the performance of the services proposed hereunder; provided that such reimbursement obligation shall be capped at $30,000. Specifically, in the event the Property sells during the term of the Agreement (or any applicable tail period), in addition to paying Hilco's commission, Debtor shall reimburse Hilco for its Expenses, capped at $30,000, from sales proceeds paid at closing. In the event the Property does not sell during the term of the Agreement (or any applicable tail period), then the Debtor shall have no obligation to reimburse Hilco for the Expenses associated with the services. For purposes hereof, "Expenses" means all out-of-pocket expenses incurred by Hilco in connection with marketing, advertising, economy travel and transportation, long distance telephone charges, postage and courier/overnight express fees.

8. Hilco has performed no prior services for the Debtor; therefore, it has no pre-petition or post-petition claims against it.

9. Based upon the nature of the services to be provided by Hilco and the fact that Hilco does not bill clients on an hourly basis, Debtor seeks relief from having Hilco maintain time records or file interim or final fee applications.

10. To the best of the Debtor's knowledge, information and belief, Hilco is disinterested as that term is defined by Section 101(14) of the Bankruptcy Code and has no adverse interests to the Debtor or the bankruptcy estate or any creditors or parties-in-interest and their respective attorneys in any matter to which they would be engaged, and Hilco's employment would be in the best interest of this estate pursuant to Section 327(d) of the Bankruptcy Code. Hilco has no connection or affiliation with the United States Trustee or any employees of the United States Trustee's office.

11. Hilco has not been paid a retainer.

WHEREFORE, Debtor prays that it be authorized to employ Hilco Real Estate, LLC under the terms and conditions set forth herein, and that it be entitled to such other and further relief as is just.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Jane H. Downey
Jane H. Downey, ID 5242
1501 Main St, Ste 310
Columbia, SC 29201
803-251-8814
Email: jdowney@bakerdonelson.com

July 10, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Partners In Hope, Inc.<br><br>Debtor-in-Possession. | Case No. 24-00935-eg<br>Chapter 11 |

I, the undersigned attorney for the Debtor-in-Possession, do hereby certify that I have served a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings: Application to Employ Hilco Real Estate, LLC as Real Estate Broker
Declaration of Eric W. Kaup
Proposed Order Granting Application to Employ Hilco Real Estate, LLC as Real Estate Broker

Party Served: United States Trustee (by CM/ECF only)

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Jane H. Downey
Jane H. Downey, ID 5242
1501 Main St, Ste 310
Columbia, SC 29201
803-251-8814
Email: jdowney@bakerdonelson.com

Attorney for Debtor-in-Possession

July 10, 2024