UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00935-eg |
| | ) | Chapter 11 |
| Partners In Hope, Inc. | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

**DECLARATION OF ERIC W. KAUP**

Comes Eric W. Kaup and hereby verifies under the penalty of perjury that the following is true and correct to the best of his knowledge, information and belief:[1]

1. I am the Executive Vice President, Chief Commercial Officer, and Special Counsel of Hilco Trading, LLC, the Managing Member of Hilco Real Estate, LLC ("Hilco") whose offices are located at 5 Revere Drive, Suite 206, Northbrook, Illinois 60062.

2. The professional services that Hilco shall render in this matter are real estate consulting and advisory services and to market and sell certain real property as set forth in the Real Estate Consulting and Advisory Services Agreement attached to the employment application (the "Agreement").

3. If Hilco's employment is approved in this matter, Hilco shall be paid pursuant to the terms and conditions, and at the times specified in, the Agreement .

4. Hilco is well-suited to undertake the engagement contemplated by the Agreement. Hilco is a diversified real estate consulting and advisory firm that evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate both nationally and internationally. Hilco has extensive experience solving complex real estate problems. Hilco has

---

[1] Certain information set forth herein relates to matters (i) contained in Hilco's or its affiliates' books and records and (ii) within the knowledge of other employees of Hilco or its affiliates, and is based on information provided by such employees.

4868-4647-1358

an excellent reputation as a leader in the real estate field and has an experienced team of real estate brokers and analysts. Hilco's disposition and auction team has worked with numerous clients in the accelerated sale of challenging properties nationwide and to monetize hard-to-sell assets.

5. Hilco has performed no prior services for the Debtor; therefore has no pre-petition or post-petition claims against the Debtor.

6. In the ordinary course of its business, Hilco and its affiliates maintain a database for purposes of performing "conflicts checks." The database contains information regarding Hilco and its affiliates present and past representations and transactions. Hilco obtained a list of certain of the Debtor's creditors and other parties in interest in the above-captioned case as identified on **Schedule 1** attached hereto ("Potential Parties in Interest") from Debtor's counsel for purposes of searching the aforementioned database and determining the connection(s) which Hilco or its affiliates has with such entities.

7. Hilco searched the aforementioned database for the Potential Parties in Interest. Except as set forth on **Schedule 2** attached hereto, this inquiry revealed that none of the Potential Parties-in-Interest has a connection to Hilco or its affiliates.

8. To the best of my knowledge, information and belief, Hilco has no adverse interests to the Debtor or the bankruptcy estate or any creditors or parties-in-interest and their respective attorneys in any matter to which Hilco would be engaged. Hilco has no connection or affiliation with the United States Trustee or any employees of the United States Trustee's office. Further, Hilco would be considered a disinterested person as defined under Section 101(14) and Rule 2014 of the Bankruptcy Code.

4868-4647-1358

_____
Eric W. Kaup, Executive Vice President,
Chief Commercial Officer, and Special Counsel of
Hilco Trading, LLC, the Managing Member of
Hilco Real Estate, LLC

Date: June 19, 2024

4868-4647-1358

## Schedule 1

## Potential Parties in Interest

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 24-00935-eg<br>District of South Carolina<br>Charleston<br>Wed May 29 18:06:34 EDT 2024 | Ally Bank Lease Trust, Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Partners In Hope, Inc.<br>260 Watson Heritage Road<br>Loris, SC 29569-6766 | Robert E. Lee, LLC<br>P.O. Box 1096<br>Marion, SC 29571-1096 | J. Bratton Davis United States<br>Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201-2423 |
| Anthony Hearl, LLC<br>6199 Flossie Rd.<br>Conway SC 29527-7616 | Capture Cares Assisted Living LLC<br>260 Watson Heritage Rd<br>Loris SC 29569-6766 | Clara Elizabeth Weston<br>PO Box 11449<br>Columbia, SC 29211-1449 |
| Coastal Sanitary Supply Co.<br>PO Box 12490<br>Florence SC 29504-2490 | Coastal Senior Solutions, LLC<br>609 17th Ave N.<br>Myrtle Beach SC 29577-3504 | David Richard Sligh<br>1303 Third Ave.<br>Conway SC 29526-5001 |
| Davis Jaren Andrew Diethrich<br>40 Calhoun St. Ste. 400<br>Charleston SC 29401-3531 | George E. Graham<br>PO Box 915<br>Conway SC 29528-0915 | Hill & Jordan, CPAs, LLC<br>121 North Fifth Street.<br>Hartsville SC 29550-4139 |
| Horry Electric Cooperative Inc.<br>PO Box 119<br>Conway SC 29528-0119 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | J. David Banner<br>PO Drawer 1931<br>Florence SC 29503-1931 |
| John C. Thomas<br>107 Lewis St<br>Conway SC 29526-5204 | Jonathan Patrick Hanna<br>PO Box 2810<br>Murrells Inlet SC 29576-2664 | Joseph Kershaw Spong<br>PO Box 11449<br>Columbia, SC 29211-1449 |
| Kathleen Spencer Craig Gill<br>111 Coleman Boulevard Suite 301<br>Mt. Pleasant SC 29464-5662 | Kenneth Ray Moss<br>628A Sea Mountain Highway<br>North Myrtle Beach SC 29582-2497 | LEAF Capital Funding, LLC  -100-7137351-001-<br>2005 Market Street 14th FL<br>Philadelphia PA 19103-7009 |
| Leverage Builders, LLC<br>d/b/a Leverage Roofing<br>3401 Hwy 17 Business S.<br>Murrells Inlet SC 29576-7775 | M. Timothy Hucks, PA<br>609 17th Ave N.<br>Myrtle Beach SC 29577-3504 | Mclean Enterprises, LLC<br>4350 Spring Street<br>Loris SC 29569-2224 |
| Performance Foodservice Company<br>2801 Alex Lee Blvd<br>Florence, ScC 29506-8250 | Robert Julian Thomas, Jr.<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 | (p)SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE<br>PO BOX 8597<br>COLUMBIA SC 29202-8597 |

```
Sean B. ODonovan                      South Carolina Department of Revenue    Steven A Jordan, Jr.
3414 Peachtree Rd NE, Suite 1500      Office of General Counsel                PO Box 8597
Atlanta, GA 30326-1114                Attn: Bankruptcy Department              Columbia SC 29202-8597
                                      300A Outlet Pointe Blvd.
                                      Columbia SC 29210-5666


Thomas Augustine Dausey Barrow        (p)USDA FARM SERVICE AGENCY              Valerie Michelle McMellan
111 Coleman Blvd. Suite 301           ATTN FARM LOANS                          S.C. Dept Of Employment & Workforce
Mt. Pleasant SC 29464-5662            1927 THURMOND MALL                       PO Box 8597
                                      SUITE 100                                COLUMBIA SC 29202-8597
                                      COLUMBIA SC 29201-2387


West Town Bank & Trust                West Town Bank & Trust f/k/a West Town Savin    Jane H. Downey
7820 West 26th Street                 Attn:  Michael T. Crawford               Baker Donelson
North Riverside IL 60546-1599         8450 Falls of Neuse Road, Suite 202      1501 Main St
                                      Raleigh, NC 27615-3549                   Ste 310
                                                                               Columbia, SC 29201-2881


US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
SC Department of Employment & Workforce    USDA
PO Box 995                                 215 Third Loop Road, Suite 100
Columbia SC 29202                          Florence SC 29505
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Town Bank & Trust f/k/a West Town Sav    (d)Capture Cares Assisted Living, LLC    (d)Robert E. Lee
                                                 260 Watson Heritage Road                 P.O. Box 1096
                                                 Loris SC 29569-6766                      Marion SC 29571-1096
```

```
End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42
```

# Schedule 2

## Disclosures

4868-4647-1358

Schedule 2
Disclosures
Partners In Hope, Inc.

a. In matters unrelated to the Debtor, affiliates of Hilco have provided business advisory, real estate appraisal and/or asset valuation services to (i) Ally Bank, and (ii) the Internal Revenue Service.

b. It is possible that Hilco may represent or may have represented other creditors or parties in interest of the Debtor but does not represent any such parties in connection with this case. Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtor or this case, in which other attorneys, accountants and other professionals of the Debtor, creditors, or other parties in interest may have also served or serve as professional persons.