UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | Case No. 24-00935-eg |
| ) | Chapter 11 |
| Partners In Hope, Inc. ) | |
| ) | |
| Debtor-in-Possession. ) | |
| ) | |

**ORDER GRANTING APPLICATION TO EMPLOY**
**HILCO REAL ESTATE, LLC AS REAL ESTATE BROKER**

This matter is before the Court on the Application of the Debtor to employ Hilco Real Estate, LLC ("Hilco") as Real Estate Broker (the "Application"). Upon consideration of the Application, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Application was proper and adequate, and that no other or further notice is necessary; (3) the relief requested in the Application is in the best interest of the Debtor, the bankruptcy estate and all interested parties; and (4) Hilco Real Estate, LLC ("Hilco"), is "disinterested" as that term is defined in 11 U.S.C. §101(14) and holds no interest adverse to the Debtor's state. After due deliberation thereon and there being good and sufficient cause it is HEREBY ORDERED THAT:

1. The Debtor is authorized to employ Hilco as Real Estate Broker to market and sell real property on behalf of the Debtor under the terms and conditions set forth in the Real Estate Consulting and Advisory Services Agreement attached to the Application (the "Agreement").

2. Hilco shall be entitled to compensation and reimbursement of expenses in accordance with, and at the times specified in, the Agreement.

3. Hilco is not required to maintain time records or file interim or final fee applications.

        4.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

        5.       The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.